# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD STEVEN PARR,<br><br>        Petitioner,<br><br>   v.<br><br>MIKE MCDONALD, Warden,<br><br>        Respondent.<br>_____/ | 1:10-cv-00579-AWI-MJS (HC)<br><br>ORDER DISMISSING MOTION FOR ORDER AS MOOT<br><br>[Doc. 28] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 30, 2011, Petitioner filed a motion for the Court to order Respondent to provide Petitioner a second copy of the answer to the petition.

    On April 27, 2011, Respondent filed a notice with the Court that Respondent provided a second copy of the answer to the Petitioner. As Respondent has provided a second copy of the answer to the Petitioner, the instant motion is hereby DISMISSED as MOOT.

IT IS SO ORDERED.

Dated:   June 13, 2011                   /s/ *Michael J. Seng*
                                               UNITED STATES MAGISTRATE JUDGE